JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BECKETT, | Case No. 2:25-cv-01862-VBF-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| DEPT. STATE HOSPITALS-ASH, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that this action is dismissed.

Date: January 13, 2026

_____
The Honorable Valerie Baker Fairbank
Senior United States District Judge